Michael R. Lozeau (CA State Bar No. 142893)
LOZEAU DRURY LLP
1939 Harrison Street, Suite 150
Oakland, CA 94612
Tel: (510) 836-4200
Fax: (510) 836-4205
E-mail: michael@lozeaudrury.com

Attorneys for Plaintiffs
SAN FRANCISCO BAYKEEPER, CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, RESTORE THE DELTA, FRIENDS OF THE RIVER

Eric J. Buescher (CA State Bar No. 271323)
Nicole C. Sasaki (CA State Bar No. 298736)
SAN FRANCISCO BAYKEEPER
1736 Franklin Street, Suite 800
Oakland, CA 94612
Tel: (510) 735-9700
Fax: (510) 735-9160
E-mail: eric@baykeeper.org
nicole@baykeeper.org

Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, RESTORE THE DELTA, and FRIENDS OF THE RIVER;<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE; DIRECTOR of U.S. Fish and Wildlife Service in their official capacity; and DOUG BURGUM, in his official capacity as Secretary of the U.S. Department of the Interior;<br><br>Defendants. | Case No. 3:25-cv-01360-LJC<br><br>STIPULATION RE DOCKET NO. 28; [PROPOSED] ORDER<br><br>Hearing Date: July 15, 2025<br>Time: 10:30 a.m.<br>Courtroom: G, 15th Floor<br>Magistrate Judge Lisa J. Cisneros |

Plaintiffs San Francisco Baykeeper, California Sportfishing Protection Alliance, Restore the Delta, and Friends of the River (collectively, "Plaintiffs") and Defendants United States Fish and Wildlife Service, the Director of U.S. Fish and Wildlife Service in their official capacity, and Doug Burgum in his official capacity as U.S. Secretary of the Interior (collectively, the "Parties") have met and conferred and hereby stipulate to the following:

WHEREAS, on July 10, 2025, the Court ordered the parties to meet and confer and file no later than July 14, 2025 either 1) a stipulation to treat the pending cross motions for summary judgment, Docket Nos. 23 and 26, as a trial on the papers, such that the case will be resolved on these motions even if the Court finds that a resolution would require weighing evidence in a manner that would not allow for summary judgment; or 2) a joint statement indicating that not all parties consent to that approach. *See* Docket No. 28.

WHEREFORE, the Parties hereby stipulate and agree the Court may treat the pending cross motions for summary judgment, Docket Nos. 23 and 26, as a trial on the papers, such that the case will be resolved on these motions even if the Court finds that a resolution would require weighing evidence in a manner that would not allow for summary judgment; and

WHEREFORE, Plaintiffs agree to dismiss their alternative cause of action under the Administrative Procedure Act, 5 U.S.C. § 706(1).

NOW THEREFORE, IT IS HEREBY STIPULATED between the Parties that the Parties respectfully request the Court to approve and enter the [Proposed] Order attached hereto.

Respectfully submitted,

DATED:  July 11, 2025

    ADAM R.F. GUSTAFSON
    Acting Assistant Attorney General
    U.S. Department of Justice
    Environment and Natural Resources Division
    MEREDITH L. FLAX, Deputy Section Chief
    NICOLE M. SMITH, Assistant Section Chief

    By *Angela Mo*
        ANGELA MO
        Trial Attorney (CA Bar No. 262113)

United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044
Tel: (202) 514-1707
Fax: (202) 305-0275
Email: Angela.Mo@usdoj.gov

*Attorneys for Defendants*

DATED: July 11, 2025

LOZEAU DRURY LLP

By *Michael R. Lozeau*
Michael R. Lozeau
Attorneys for Plaintiffs San Francisco Baykeeper, California Sportfishing Protection Alliance, Restore the Delta, and Friends of the River*

*I hereby attest that concurrence in the filing of this document has been obtained by the above-named signatories.

**[PROPOSED] ORDER**

**IT IS HEREBY ORDERED** that the Court will treat the pending cross motions for summary judgment, Docket Nos. 23 and 26, as a trial on the papers, such that the case will be resolved on these motions even if the Court finds that a resolution would require weighing evidence in a manner that would not allow for summary judgment

**IT IS FURTHER ORDERED** that Plaintiffs' alternative cause of action under the Administrative Procedure Act, 5 U.S.C. § 706(1) is dismissed without prejudice.

**IT IS SO ORDERED.**

Date: ___________, 2025

NORTHERN DISTRICT OF CALIFORNIA

______________________________
Honorable Lisa J. Cisneros
United States Magistrate Judge