Michael R. Lozeau (CA State Bar No. 142893)
LOZEAU DRURY LLP
1939 Harrison Street, Suite 150
Oakland, CA 94612
Tel: (510) 836-4200
Fax: (510) 836-4205
E-mail: michael@lozeaudrury.com

Attorneys for Plaintiffs
SAN FRANCISCO BAYKEEPER, CALIFORNIA
SPORTFISHING PROTECTION ALLIANCE,
RESTORE THE DELTA, FRIENDS OF THE
RIVER

Eric J. Buescher (CA State Bar No. 271323)
Nicole C. Sasaki (CA State Bar No. 298736)
SAN FRANCISCO BAYKEEPER
1736 Franklin Street, Suite 800
Oakland, CA 94612
Tel: (510) 735-9700
Fax: (510) 735-9160
E-mail: eric@baykeeper.org
 nicole@baykeeper.org

Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, RESTORE THE DELTA, and FRIENDS OF THE RIVER; <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FISH AND WILDLIFE SERVICE; DIRECTOR of U.S. Fish and Wildlife Service in their official capacity; and DOUG BURGUM, in his official capacity as Secretary of the U.S. Department of the Interior; <br><br> Defendants. | Case No. 3:25-cv-01360-LJC <br><br> STIPULATION RE DOCKET NO. 28; ORDER <br><br> Hearing Date:  July 15, 2025 <br> Time: 10:30 a.m. <br> Courtroom: G, 15th Floor <br> Magistrate Judge Lisa J. Cisneros |

Plaintiffs San Francisco Baykeeper, California Sportfishing Protection Alliance, Restore the Delta, and Friends of the River (collectively, "Plaintiffs") and Defendants United States Fish and Wildlife Service, the Director of U.S. Fish and Wildlife Service in their official capacity, and Doug Burgum in his official capacity as U.S. Secretary of the Interior (collectively, the "Parties") have met and conferred and hereby stipulate to the following:

WHEREAS, on July 10, 2025, the Court ordered the parties to meet and confer and file no later than July 14, 2025 either 1) a stipulation to treat the pending cross motions for summary judgment, Docket Nos. 23 and 26, as a trial on the papers, such that the case will be resolved on these motions even if the Court finds that a resolution would require weighing evidence in a manner that would not allow for summary judgment; or 2) a joint statement indicating that not all parties consent to that approach. *See* Docket No. 28.

WHEREFORE, the Parties hereby stipulate and agree the Court may treat the pending cross motions for summary judgment, Docket Nos. 23 and 26, as a trial on the papers, such that the case will be resolved on these motions even if the Court finds that a resolution would require weighing evidence in a manner that would not allow for summary judgment; and

WHEREFORE, Plaintiffs agree to dismiss their alternative cause of action under the Administrative Procedure Act, 5 U.S.C. § 706(1).

NOW THEREFORE, IT IS HEREBY STIPULATED between the Parties that the Parties respectfully request the Court to approve and enter the [Proposed] Order attached hereto.

Respectfully submitted,

DATED:  July 11, 2025

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division
MEREDITH L. FLAX, Deputy Section Chief
NICOLE M. SMITH, Assistant Section Chief

By *Angela Mo* _____
    ANGELA MO
    Trial Attorney (CA Bar No. 262113)

United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044
Tel: (202) 514-1707
Fax: (202) 305-0275
Email: Angela.Mo@usdoj.gov

*Attorneys for Defendants*

DATED:  July 11, 2025

LOZEAU DRURY LLP


By *Michael R. Lozeau*
    Michael R. Lozeau
    Attorneys for Plaintiffs San Francisco Baykeeper,
    California Sportfishing Protection Alliance, Restore
    the Delta, and Friends of the River*

*I hereby attest that concurrence in the filing of this document has been obtained by the above-named signatories.

## ORDER

**IT IS HEREBY ORDERED** that the Court will treat the pending cross motions for summary judgment, Docket Nos. 23 and 26, as a trial on the papers, such that the case will be resolved on these motions even if the Court finds that a resolution would require weighing evidence in a manner that would not allow for summary judgment

**IT IS FURTHER ORDERED** that Plaintiffs' alternative cause of action under the Administrative Procedure Act, 5 U.S.C. § 706(1) is dismissed without prejudice.

**IT IS SO ORDERED.**

Date: July 14, 2025                    NORTHERN DISTRICT OF CALIFORNIA

Honorable Lisa J. Cisneros
United States Magistrate Judge