1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7     SAN FRANCISCO BAYKEEPER, et al.,          Case No.  3:25-cv-01360-LJC

8                    Plaintiffs.
                                                **JUDGMENT IN A CIVIL CASE**
9             v.

10    UNITED STATES FISH AND WILDLIFE
      SERVICE, et al.,

11                   Defendants.

12

13          **( )  Jury Verdict.**  This action came before the Court for a trial by jury. The issues have

14    been tried and the jury has rendered its verdict.

15          **( X )  Decision by Court.**  This action came to trial, hearing, or submission on the papers

16    to the Court.  The issues have been tried or heard and a decision has been rendered.

17          IT IS SO ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiffs and

18    against Defendants.  Defendants are ordered and enjoined to submit a finding under 16 U.S.C.

19    § 1533(b)(3)(B) on the petition at issue no later than June 3, 2026 for publication in the Federal

20    Register.

21

22    Dated: September 3, 2025

                                           Mark B. Busby, Clerk of Court
23

24                                         _____
                                           Brittany Sims
25                                         Deputy Clerk

26
27
28

United States District Court
Northern District of California