1  Michael R. Lozeau (CA State Bar No. 142893)
   LOZEAU DRURY LLP
2  1939 Harrison Street, Suite 150
   Oakland, CA 94612
3  Tel: (510) 836-4200
   Fax: (510) 836-4205
4  E-mail: michael@lozeaudrury.com

5  Attorneys for Plaintiffs
   SAN FRANCISCO BAYKEEPER, CALIFORNIA
6  SPORTFISHING PROTECTION ALLIANCE,
   RESTORE THE DELTA, FRIENDS OF THE
7  RIVER

8  Eric J. Buescher (CA State Bar No. 271323)
   Nicole C. Sasaki (CA State Bar No. 298736)
9  SAN FRANCISCO BAYKEEPER
   1736 Franklin Street, Suite 800
10 Oakland, CA 94612
   Tel: (510) 735-9700
11 Fax: (510) 735-9160
   E-mail: eric@baykeeper.org
12  nicole@baykeeper.org

13 Attorneys for Plaintiff
   SAN FRANCISCO BAYKEEPER

14

15                     UNITED STATES DISTRICT COURT

16                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

17                          SAN FRANCISCO DIVISION

18 | SAN FRANCISCO BAYKEEPER,              ) Case No. 3:25-cv-01360-LJC
   | CALIFORNIA SPORTFISHING               )
19 | PROTECTION ALLIANCE, RESTORE THE      )
   | DELTA, and FRIENDS OF THE RIVER;      ) JOINT STIPULATION TO STAY PLAINTIFFS'
20 |                                       ) DEADLINE TO FILE BILL OF COSTS AND
   |               Plaintiffs,             ) MOTION FOR AWARD OF ATTORNEYS'
21 |       v.                              ) FEES AND COSTS; [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER
22 | UNITED STATES FISH AND WILDLIFE       )
   | SERVICE; DIRECTOR of U.S. Fish and    )
23 | Wildlife Service in their official capacity; and )
   | DOUG BURGUM, in his official capacity as )
24 | Secretary of the U.S. Department of the )
   | Interior;                             )
25 |                                       )
   |               Defendants.             )
26

27

28

Stipulation re Bill of Costs & Fees; P̶r̶o̶p̶o̶s̶e̶d̶ Order - 1                Case No. 3:25-cv-01360-LJC

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs San Francisco Baykeeper, California Sportfishing Protection Alliance, Restore the Delta, and Friends of the River (collectively, "Plaintiffs") and Defendants United States Fish and Wildlife Service, the Director of U.S. Fish and Wildlife Service in their official capacity, and Doug Burgum in his official capacity as U.S. Secretary of the Interior (collectively, the "Parties") hereby request that the Court stay Plaintiffs' deadline to file a bill of costs and motion for attorneys' fees and costs for 60 days until November 16, 2025, for the reasons set forth in the accompanying Declaration of Nicole C. Sasaki.

By joining this stipulation, Federal Defendants do not agree that Plaintiffs are entitled to recover attorneys' fees or costs in this case, or to the amount of any such fees and costs. Federal Defendants do not waive any objection or defense they may have to Plaintiffs' claim for attorneys' fees and costs or to the amount of any such fees and costs. Nonetheless, the Parties agree that good cause exists for the requested stay because the Parties intend to commence settlement negotiations that may resolve Plaintiffs' claim for attorneys' fees and costs without the need for further litigation.

To ensure the negotiations occur during a litigation-free window, if the Court grants the Parties' requested stay of fee briefing on or before the 60-day period runs on November 16, 2025, the Parties will either: (1) request a reasonable extension of the stay to continue settlement negotiations; (2) inform the Court that a settlement has been reached and file a stipulated settlement agreement reflecting that agreement; or (3) inform the Court that a settlement could not be reached and propose a briefing schedule for resolving Plaintiffs' motion for attorneys' fees and costs.

Accordingly, the Parties respectfully request the Court stay Plaintiffs' deadline for a period of 60 days, through November 16, 2025.

Respectfully submitted,

DATED: September 8, 2025

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division
MEREDITH L. FLAX, Deputy Section Chief
NICOLE M. SMITH, Assistant Section Chief

By /s/ Angela Mo
ANGELA MO
Trial Attorney (CA Bar No. 262113)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044
Tel: (202) 353-5129
Email: Angela.Mo@usdoj.gov

*Attorneys for Defendants*

DATED: September 8, 2025

SAN FRANCISCO BAYKEEPER

By /s/ Nicole C. Sasaki
Nicole C. Sasaki
Attorneys for Plaintiff San Francisco Baykeeper*

*I hereby attest that concurrence in the filing of this document has been obtained by the above-named signatories.

# [PROPOSED] ORDER

**PURSUANT TO THE PARTIES' JOINT STIPULATION AND FOR GOOD CAUSE STATED THEREIN, IT IS HEREBY ORDERED** that the Court stays Plaintiffs' deadline to file a bill of costs and motion for attorneys' fees and costs for 60 days until November 16, 2025.

**IT IS SO ORDERED.**

Date: Sept. 11, 2025

NORTHERN DISTRICT OF CALIFORNIA

_____
Honorable Lisa J. Cisneros
United States Magistrate Judge