ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division
MEREDITH L. FLAX, Deputy Section Chief
NICOLE M. SMITH, Assistant Section Chief
ANGELA MO, Trial Attorney (CA Bar No. 262113)
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
Tel | (202) 353-5129; Fax | (202) 305-0275

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER; CALIFORNIA SPORTFISHING PROTECTION ALLIANCE; RESTORE THE DELTA; and FRIENDS OF THE RIVER,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE, a United States Government Agency; DIRECTOR of the U.S. Fish and Wildlife Service in their official capacity; DOUG BURGUM, in his official capacity as Secretary of the U.S. Department of the Interior,<br><br>Defendants. | Case No. 3:25-cv-01360-JLC<br><br>**STIPULATED REQUEST FOR A STAY OF PLAINTIFFS' DEADLINE IN LIGHT OF LAPSE OF APPROPRIATIONS; ORDER** |

Pursuant to Civil L.R. 6-2 and 7-12, the Parties, through their undersigned attorneys, hereby jointly submit this stipulated request for a stay of Plaintiffs' November 16, 2025, deadline in the above-captioned case for the reasons stated below and as set forth in the attached Declaration of Angela Mo. A proposed order is attached.

WHEREAS, pursuant to the Parties' prior Joint Stipulation to Stay Plaintiffs' Deadline to File Bill of Costs and Motion for Award of Attorneys' Fees and Costs (Dkt. No. 34), the Court stayed Plaintiffs' deadline to file a bill of costs and motion for attorneys' fees and costs for 60 days until November 16, 2025. Dkt. No. 35 at 4.

WHEREAS, in the prior Joint Stipulation, the Parties requested the stay "because the Parties intend to commence settlement negotiations that may resolve Plaintiffs' claim for attorneys' fees and costs without the need for further litigation." Dkt. No. 34 at 2.

WHEREAS, at the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed; the same is true for the majority of other Executive agencies, including the U.S. Fish and Wildlife Service.

WHEREAS, the Department does not know when such funding will be restored by Congress.

WHEREAS, absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

WHEREAS, the lapse in appropriations has prevented the Parties from continuing discussions which may resolve Plaintiffs' request for attorneys' fees and costs and, when funding is restored, the Parties would like to continue discussions in an effort to resolve Plaintiffs' request for attorneys' fees and costs without the need for further litigation.

WHEREAS, good cause exists to grant a stay because absent a stay, Plaintiffs must meet the November 16, 2025, deadline despite the possibility of a resolution without the need for

1  litigation once the undersigned counsel for the Department of Justice is permitted to resume

2  settlement discussions.

3      WHEREAS, although undersigned counsel for the Department of Justice greatly regrets

4  any disruption caused to the Court and the other litigants, the Parties request a stay of the

5

6  November 16, 2025, deadline in this case until Department of Justice attorneys are permitted to

7  resume their usual civil litigation functions.

8      WHEREAS, if this stipulated request for a stay is granted, undersigned counsel for the

9  Department of Justice will notify the Court as soon as Congress has appropriated funds for the

10  Department.

11      NOW THEREFORE, the Parties, by and through their undersigned counsel of record,

12

13  hereby stipulate and request that Plaintiffs' November 16, 2025, deadline to file a bill of costs

14  and motion for attorneys' fees and costs (and associated briefing) is stayed until Congress has

15  restored appropriations to the Department. Plaintiffs' deadline shall be extended commensurate

16  with the duration of the lapse in appropriations – i.e., Plaintiffs' deadline would be extended by

17  the total number of days of the lapse in appropriations.

18

19  Dated: October 30, 2025　　　　　　　　Respectfully submitted,

20

21  　　　　　　　　　　　　　　　　　　　ADAM R.F. GUSTAFSON
　　　　　　　　　　　　　　　　　　　Acting Assistant Attorney General
22  　　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　Environment and Natural Resources Division
23  　　　　　　　　　　　　　　　　　　　MEREDITH L. FLAX, Deputy Section Chief
　　　　　　　　　　　　　　　　　　　NICOLE M. SMITH, Assistant Section Chief
24

25  　　　　　　　　　　　　　　　　　　　/s/ Angela Mo[1]
　　　　　　　　　　　　　　　　　　　ANGELA MO, Trial Attorney
26

---

27  [1] In accordance with Civil L.R. 5-1(i)(3), the filer of this document attests that all signatories listed below concur in the filing of this document.
28

STIPULATED REQUEST FOR A STAY OF PLAINTIFFS' DEADLINE IN LIGHT OF LAPSE OF
APPROPRIATIONS – 3:25-01360-JLC　　　　　　　　　　　　　　　　　　　　　　　　3

|   |   |
|---|---|
| 1 | CA Bar No. 262113 |
| 2 | Wildlife and Marine Resources Section |
|   | P.O. Box 7611, Ben Franklin Station |
| 3 | Washington, D.C. 20044 |
|   | Tel: (202) 353-5129 |
| 4 | Fax: (202) 305-0275 |
| 5 | E-mail: Angela.Mo@usdoj.gov |

*Attorneys for Defendants*

Dated: October 30, 2025          /s/ Michael R. Lozeau (signed with permission)
Michael R. Lozeau (CA State Bar No. 142893)
LOZEAU DRURY LLP
1939 Harrison Street, Suite 150
Oakland, CA 94612
Tel: (510) 836-4200
Fax: (510) 836-4205
E-mail: michael@lozeaudrury.com

*Attorneys for Plaintiffs*

Eric J. Buescher (CA State Bar No. 271323)
Nicole C. Sasaki (CA State Bar No. 298736)
SAN FRANCISCO BAYKEEPER
1736 Franklin Street, Suite 800
Oakland, CA 94612
Tel: (510) 735-9700
Fax: (510) 735-9160
E-mail: eric@baykeeper.org
nicole@baykeeper.org

*Attorneys for Plaintiff San Francisco Baykeeper*

STIPULATED REQUEST FOR A STAY OF PLAINTIFFS' DEADLINE IN LIGHT OF LAPSE OF
APPROPRIATIONS – 3:25-01360-JLC                                                                 4

# ORDER

PURSUANT TO STIPULATION and FOR GOOD CAUSE STATED THEREIN:

1. Plaintiffs' November 16, 2025, deadline to file a bill of costs and motion for attorneys' fees and costs (and associated briefing) is stayed.

2. Upon Congress restoring appropriations to the Department of Justice, Plaintiffs' November 16, 2025, deadline to file a bill of costs and motion for attorneys' fees and costs (and associated briefing) will be extended by the total number of days of the lapse in appropriations.

IT IS SO ORDERED.

Dated: October 30, 2025

_____
THE HON. LISA J. CISNEROS
United States Magistrate Judge