1  ADAM R.F. GUSTAFSON
   Principal Deputy Assistant Attorney General
2  U.S. Department of Justice
   Environment and Natural Resources Division
3  MEREDITH L. FLAX, Deputy Section Chief
4  NICOLE M. SMITH, Assistant Section Chief
   ANGELA MO, Trial Attorney (CA Bar No. 262113)
5  Wildlife & Marine Resources Section
   P.O. Box 7611, Ben Franklin Station
6  Washington, D.C. 20044
7  Tel | (202) 353-5129; Fax | (202) 305-0275

8  *Attorneys for Defendants*

9
                         **UNITED STATES DISTRICT COURT**
10                        **NORTHERN DISTRICT OF CALIFORNIA**
                              **SAN FRANCISCO DIVISION**
11

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER; CALIFORNIA SPORTFISHING PROTECTION ALLIANCE; RESTORE THE DELTA; and FRIENDS OF THE RIVER,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE, a United States Government Agency; DIRECTOR of the U.S. Fish and Wildlife Service in their official capacity; DOUG BURGUM, in his official capacity as Secretary of the U.S. Department of the Interior,<br><br>    Defendants. | Case No. 3:25-cv-01360-JLC<br><br>**STIPULATED REQUEST FOR 45-DAY EXTENSION OF PLAINTIFFS' DEADLINE; ORDER** |

    Pursuant to Civil L.R. 6-2 and 7-12, the Parties, through their undersigned attorneys, hereby jointly submit this stipulated request for a 45-day extension of the December 29, 2025, deadline for Plaintiffs' motion for attorneys' fees and costs for the reasons stated below and as set forth in the attached Declaration of Angela Mo. A proposed order is attached.

WHEREAS, pursuant to the Parties' prior Joint Stipulation to Stay Plaintiffs' Deadline to File Bill of Costs and Motion for Award of Attorneys' Fees and Costs (Dkt. No. 34), the Court stayed Plaintiffs' deadline to file a bill of costs and motion for attorneys' fees and costs for 60 days until November 16, 2025.  Dkt. No. 35 at 4.

WHEREAS, the Parties requested the stay "because the Parties intend to commence settlement negotiations that may resolve Plaintiffs' claim for attorneys' fees and costs without the need for further litigation."  Dkt. No. 34 at 2.

WHEREAS, on October 30, 2025, the Parties filed a Stipulated Request for a Stay of Plaintiffs' Deadline in Light of Lapse of Appropriations in which they requested that the Court stay Plaintiffs' November 16, 2025, deadline until Congress restored appropriations to the Department of Justice and extend the deadline commensurate with the duration of the lapse in appropriations.  Dkt. No. 36 at 3.  The Court entered the stipulation as an order on the same day.  Dkt. No. 37.

WHEREAS, the Parties requested the stay because "the lapse in appropriations has prevented the Parties from continuing discussions which may resolve Plaintiffs' request for attorneys' fees and costs and, when funding is restored, the Parties would like to continue discussions in an effort to resolve Plaintiffs' request for attorneys' fees and costs without the need for further litigation."  *Id.* at 2.

WHEREAS, on November 19, 2025, Defendants notified the Court that appropriations had been restored, effective November 12, 2025.  Dkt. No. 40.

WHEREAS, on the same day, the Court ordered that the stay was lifted and Plaintiffs' deadline was extended by 43 days—the total number of days of the lapse in appropriations—from November 16, 2025, to December 29, 2025.  Dkt. No. 41.

1    WHEREAS, counsel for Plaintiffs has provided Defendants with a settlement proposal.

2    WHEREAS, due to the press of work and upcoming deadlines in other litigation, counsel
3 for Defendants intends to respond to the settlement proposal no later than January 16, 2026.

4    WHEREAS, good cause exists to grant the requested extension because the Parties
5
6 remain engaged in settlement discussions and an extension would allow for the possibility of a
7 resolution of Plaintiffs' request for attorneys' fees and costs without the need for litigation.

8    NOW THEREFORE, the Parties, by and through their undersigned counsel of record,
9
10 hereby stipulate and request that Plaintiffs' December 29, 2025, deadline to file a bill of costs
11 and motion for attorneys' fees and costs (and associated briefing) is extended for 45 days
12 through February 12, 2026.

13
Dated: December 5, 2025                    Respectfully submitted,
14
                                           ADAM R.F. GUSTAFSON
15                                         Principal Deputy Assistant Attorney General
                                           U.S. Department of Justice
16                                         Environment and Natural Resources Division
17                                         MEREDITH L. FLAX, Deputy Section Chief
                                           NICOLE M. SMITH, Assistant Section Chief
18
                                           /s/ Angela Mo[1]
19                                         ANGELA MO, Trial Attorney
20                                         CA Bar No. 262113
                                           Wildlife and Marine Resources Section
21                                         P.O. Box 7611, Ben Franklin Station
                                           Washington, D.C. 20044
22                                         Tel: (202) 353-5129
                                           Fax: (202) 305-0275
23                                         E-mail: Angela.Mo@usdoj.gov
24
                                           *Attorneys for Defendants*
25

26

---

27  [1] In accordance with Civil L.R. 5-1(i)(3), the filer of this document attests that all signatories listed below concur in the filing of this document.
28

STIPULATED REQUEST FOR 45-DAY EXTENSION OF PLAINTIFFS' DEADLINE – 3:25-01360-JLC
3

| | |
|---|---|
| Dated: December 5, 2025 | /s/ Michael R. Lozeau (signed with permission) |
| | Michael R. Lozeau (CA State Bar No. 142893) |
| | LOZEAU DRURY LLP |
| | 1939 Harrison Street, Suite 150 |
| | Oakland, CA 94612 |
| | Tel: (510) 836-4200 |
| | Fax: (510) 836-4205 |
| | E-mail: michael@lozeaudrury.com |
| | *Attorneys for Plaintiffs* |
| | |
| | Eric J. Buescher (CA State Bar No. 271323) |
| | Nicole C. Sasaki (CA State Bar No. 298736) |
| | SAN FRANCISCO BAYKEEPER |
| | 1736 Franklin Street, Suite 800 |
| | Oakland, CA 94612 |
| | Tel: (510) 735-9700 |
| | Fax: (510) 735-9160 |
| | E-mail: eric@baykeeper.org |
| | nicole@baykeeper.org |
| | *Attorneys for Plaintiff San Francisco Baykeeper* |

**ORDER**

PURSUANT TO STIPULATION and FOR GOOD CAUSE STATED THEREIN:

Plaintiffs' December 29, 2025, deadline to file a bill of costs and motion for attorneys' fees and costs (and associated briefing) is extended through February 12, 2026.

IT IS SO ORDERED.

Dated: December 11, 2025    _____
THE HON. LISA J. CISNEROS
United States Magistrate Judge