UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| SAN FRANCISCO BAYKEEPER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 3:25-cv-01360-JLC |
| | ) | |
| v. | ) | **DECLARATION OF** |
| | ) | **GINA SHULTZ** |
| UNITED STATES FISH AND WILDLIFE SERVICE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

I, Gina Shultz, declare and state as follows:

1. I am the Acting Assistant Director ("Acting AD") for Ecological Services of the U.S. Fish and Wildlife Service ("Service"), an agency of the U.S. Department of the Interior ("Department"), located in Washington, D.C. In my capacity as Acting AD, I am responsible to the Director of the Service and to the Secretary of the Department for, among other things, the administration of the Endangered Species Act ("ESA"), 16 U.S.C. §§ 1531-1544, including determinations about whether species should be listed as an endangered species or a threatened species under the ESA.

2. In accordance with the Court's September 3, 2025, Findings of Fact and Conclusions of Law and Judgment in the above-captioned matter, the Service is ordered to make a finding under 16 U.S.C. § 1533(b)(3)(B) on Plaintiffs' petition to list the San Francisco Estuary population of white sturgeon as a threatened species under the ESA, and to submit that finding no later than June 3, 2026, (nine months from the date of the Order) for publication in the Federal Register.

3. Following the September 3, 2025, Judgment, the Service has been diligently working on the 12-month finding for the San Francisco Estuary population of white sturgeon to meet the June 3, 2026, deadline, including developing a nine-month timeline for its internal processes to allow for meeting the deadline.

4. For example, the Service immediately convened a core team of three biologists and one statistician in the San Francisco Bay-Delta Fish and Wildlife Office (Bay-Delta Office) to conduct the Species Status Assessment (SSA). The SSA will reflect the rigorous scientific analysis of the biological condition and viability of the San Francisco Estuary population of white sturgeon and forms the biological basis for the Service's internal decision-making regarding the determination of the San Francisco Estuary population status. Preparing the SSA within this compressed timeframe necessitates utilizing staff from the Bay-Delta Office who have extensive background knowledge and understanding of the San Francisco Estuary and expertise in biological modeling necessary to prepare

    the statistical analysis of the population status and trajectory. As part of the SSA, the core team prepared and sent letters to tribal, state, and other interested parties requesting information the Service should consider during preparation of the SSA; initiated a thorough review of the relevant scientific literature; and discussed and refined the analytic approach for modeling the population.

5. At the end of the day on September 30, 2025, the appropriations act that had been funding the Service expired and those appropriations to the Service lapsed. Absent an appropriation, employees of the Service were prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. Accordingly, the staff on the core team tasked with drafting the SSA were prohibited from working on the determination and ceased working on Plaintiffs' petition after sending out some of the interested party letters on October 2, 2025, as part of completing all the administrative steps to ensure an orderly shutdown. The appropriations lapse lasted from October 1, 2025, until late in the evening on November 12, 2025, a total of 43 days.

6. Following the restoration of appropriations, the SSA team promptly resumed work on the SSA, including sending letters to federal parties requesting information that the Service should consider during preparation of the assessment.

7. Unfortunately, the 43-day appropriations lapse has impacted the Service's capacity by creating a backlog of required work and of revising deadlines immediately after appropriations were restored, including other court-ordered deadlines. This, in addition to the loss of many working days by the SSA team, has resulted in a significant setback to the Service's ability to timely complete the 12-month finding and submit it to the Federal Register by June 3, 2026.

8. Accordingly, the Service requests an additional 43 days to complete the 12-month finding and submit it to the Federal Register.

9. The Service anticipates extending the deadline for it to submit the 12-month finding to the Federal Register until July 16, 2026, will allow sufficient time for this remaining work.

Pursuant to 28 U.S.C. § 1746, I declare that the foregoing is true and correct to the best of my knowledge.

Executed in Washington D.C., on this <u>18th</u> day of December, 2025.

                                              GINA SHULTZ
*Digitally signed by GINA SHULTZ*
*Date: 2025.12.18 16:51:01 -05'00'*

                                              Gina Shultz
Acting Assistant Director
Ecological Services
U.S. Fish and Wildlife Service