Michael R. Lozeau (CA State Bar No. 142893)
LOZEAU DRURY LLP
1939 Harrison Street, Suite 150
Oakland, CA 94612
Tel: (510) 836-4200
Fax: (510) 836-4205
E-mail: michael@lozeaudrury.com

Attorneys for Plaintiffs
SAN FRANCISCO BAYKEEPER, CALIFORNIA
SPORTFISHING PROTECTION ALLIANCE,
RESTORE THE DELTA, FRIENDS OF THE
RIVER

Eric J. Buescher (CA State Bar No. 271323)
Nicole C. Sasaki (CA State Bar No. 298736)
SAN FRANCISCO BAYKEEPER
1736 Franklin Street, Suite 800
Oakland, CA 94612
Tel: (510) 735-9700
Fax: (510) 735-9160
E-mail: eric@baykeeper.org
 nicole@baykeeper.org

Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, RESTORE THE DELTA, and FRIENDS OF THE RIVER; <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES FISH AND WILDLIFE SERVICE; DIRECTOR of U.S. Fish and Wildlife Service in their official capacity; and DOUG BURGUM, in his official capacity as Secretary of the U.S. Department of the Interior; <br><br> Defendants. | Case No. 3:25-cv-01360-LJC <br><br> STIPULATED REQUEST FOR 32-DAY EXTENSION OF PLAINTIFFS' DEADLINE TO FILE BILL OF COSTS AND MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS; ORDER |

Stipulated Request re Bill of Costs & Fees;  Order - 1     Case No. 3:25-cv-01360-LJC

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs San Francisco Baykeeper, California Sportfishing Protection Alliance, Restore the Delta, and Friends of the River (collectively, "Plaintiffs") and Defendants United States Fish and Wildlife Service, the Director of U.S. Fish and Wildlife Service in their official capacity, and Doug Burgum in his official capacity as U.S. Secretary of the Interior (collectively, the "Parties") hereby submit this stipulated request for a 32-day extension of the February 12, 2026, deadline for Plaintiffs' motion for attorneys' fees and costs for the reasons set forth in the accompanying Declaration of Michael R. Lozeau.

WHEREAS, pursuant to the Parties' prior Joint Stipulation to Stay Plaintiffs' Deadline to File Bill of Costs and Motion for Award of Attorneys' Fees and Costs (Dkt. No. 34), the Court stayed Plaintiffs' deadline to file a bill of costs and motion for attorneys' fees and costs for 60 days until November 16, 2025 (Dkt. No. 35 at 4);

WHEREAS, pursuant to the Parties' Stipulated Request for a Stay of Plaintiffs' Deadline in Light of Lapse in Appropriations in which they requested that the Court stay Plaintiffs' November 16, 2025, deadline until Congress restored appropriations to the Department of Justice and extend the deadline commensurate with the duration of the lapse in appropriations (Dkt. No. 36 at 3), the Court stayed the deadline accordingly;

WHEREAS, on November 19, 2025, Defendants notified the Court that appropriations had been restored, effective November 12, 2025 (Dkt. No. 40), and the Court lifted the stay and extended Plaintiffs' deadline by 43 days – the total number of days of the lapse in appropriations – from November 16, 2025 to December 29, 2025 (Dkt. No. 41);

WHEREAS, pursuant to the Parties' Stipulated Request for 45-Day Extension of Plaintiffs' Deadline (Dkt. No. 42), the Court extended Plaintiffs' deadline to file a bill of costs and motion for attorneys' fees and costs for 45 days until February 12, 2026 (Dkt. No. 43);

WHEREAS, the Parties exchanged settlement offers on January 16, 2026, and January 20, 2026;

WHEREAS, good cause exists to grant the requested extension because the Parties remain engaged in settlement discussions and an extension would allow for the possibility of a resolution of Plaintiffs' request for attorneys' fees and costs without the need for litigation.

NOW THEREFORE, the Parties, by and through their undersigned counsel of record, hereby stipulate and request that Plaintiffs' February 12, 2026, deadline to file a bill of costs and motion for attorneys' fees and costs (and associated briefing) is extended for 32 days through March 16, 2026.

Respectfully submitted,

DATED:  January 29, 2026

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division
MEREDITH L. FLAX, Deputy Section Chief
NICOLE M. SMITH, Assistant Section Chief

By  /s/ Angela Mo (signed with permission)
ANGELA MO
Trial Attorney (CA Bar No. 262113)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044
Tel: (202) 353-5129
Email: Angela.Mo@usdoj.gov

*Attorneys for Defendants*

DATED:  January 29, 2026

LOZEAU DRURY LLP

By  /s/ Michael R. Lozeau
Michael R. Lozeau
Attorneys for Plaintiffs San Francisco Baykeeper, California Sportfishing Protection Alliance, Restore the Delta, Friends of the River*

*I hereby attest that concurrence in the filing of this document has been obtained by the above-named signatories.

**ORDER**

**PURSUANT TO THE PARTIES' STIPULATED REQUEST AND FOR GOOD CAUSE STATED THEREIN, IT IS HEREBY ORDERED** that the Court stays Plaintiffs' deadline to file a bill of costs and motion for attorneys' fees and costs for 32 days until March 16, 2026.

**IT IS SO ORDERED.**

Date: <u>January 30</u>, 2026                    NORTHERN DISTRICT OF CALIFORNIA

_____
Honorable Lisa J. Cisneros
United States Magistrate Judge