ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division
MEREDITH L. FLAX, Deputy Section Chief
NICOLE M. SMITH, Assistant Section Chief
ANGELA MO, Trial Attorney (CA Bar No. 262113)
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
Tel | (202) 353-5129; Fax | (202) 305-0275

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER; CALIFORNIA SPORTFISHING PROTECTION ALLIANCE; RESTORE THE DELTA; and FRIENDS OF THE RIVER, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FISH AND WILDLIFE SERVICE, a United States Government Agency; DIRECTOR of the U.S. Fish and Wildlife Service in their official capacity; DOUG BURGUM, in his official capacity as Secretary of the U.S. Department of the Interior, <br><br> Defendants. | Case No. 3:25-cv-01360-JLC <br><br> **STIPULATED REQUEST FOR 60-DAY EXTENSION OF PLAINTIFFS' DEADLINE; ORDER** |

Pursuant to Civil L.R. 6-2 and 7-12, the Parties, through their undersigned attorneys, hereby jointly submit this stipulated request for a 60-day extension of the March 16, 2026, deadline for Plaintiffs' motion for attorneys' fees and costs for the reasons stated below and as set forth in the attached Declaration of Angela Mo.  A proposed order is attached.

STIPULATED REQUEST FOR 60-DAY EXTENSION OF PLAINTIFFS' DEADLINE – 3:25-01360-JLC
1

WHEREAS, the Parties have reached agreement on material terms of a settlement of Plaintiffs' claim for attorneys' fees and costs;

WHEREAS, the Parties request a 60-day extension of Plaintiffs' deadline to file a motion for attorneys' fees and costs to allow time for the Parties to discuss and finalize terms of a written settlement agreement and for Defendants' counsel to obtain all necessary approvals from government officials with settlement authority;

WHEREAS, pursuant to prior joint stipulations, the Court has previously modified Plaintiffs' deadline to file a motion for attorneys' fees and costs as follows:

- On September 11, 2025, pursuant to the Parties' Joint Stipulation to Stay Plaintiffs' Deadline to File Bill of Costs and Motion for Award of Attorneys' Fees and Costs, the Court stayed Plaintiffs' deadline for 60 days until November 16, 2025.  Dkt. No. 35 at 4.

- On October 30, 2025, pursuant to the Parties' Stipulated Request for a Stay of Plaintiffs' Deadline in Light of Lapse of Appropriations, the Court stayed Plaintiffs' deadline (Dkt. No. 37) and, after appropriations had been restored, extended Plaintiffs' deadline by 43 days—the total number of days of the lapse in appropriations—to December 29, 2025 (Dkt. No. 41).

- On December 11, 2025, pursuant to the Parties' Stipulated Request for 45-Day Extension of Plaintiffs' Deadline, the Court extended Plaintiffs' deadline to February 12, 2026.  Dkt. No. 43.

- On January 30, 2026, pursuant to the Parties' Stipulated Request for 32-Day Extension of Plaintiffs' Deadline, the Court extended Plaintiffs' deadline to March 16, 2026.  Dkt. No. 50.

WHEREAS, good cause exists to grant the requested extension because the Parties have productively used the time afforded by the previous extensions to engage in settlement discussions and reach agreement on material terms, and the Parties now request an extension to complete the remaining steps necessary for a resolution of Plaintiffs' request for attorneys' fees and costs without the need for litigation—a written settlement agreement and approval from government officials with settlement authority.

NOW THEREFORE, the Parties, by and through their undersigned counsel of record, hereby stipulate and request that Plaintiffs' March 16, 2026, deadline to file a bill of costs and motion for attorneys' fees and costs (and associated briefing) is extended for 60 days through May 15, 2026.

Dated: March 9, 2026                    Respectfully submitted,

                                        ADAM R.F. GUSTAFSON
                                        Principal Deputy Assistant Attorney General
                                        U.S. Department of Justice
                                        Environment and Natural Resources Division
                                        MEREDITH L. FLAX, Deputy Section Chief
                                        NICOLE M. SMITH, Assistant Section Chief

                                        /s/ Angela Mo[1]
                                        ANGELA MO, Trial Attorney
                                        CA Bar No. 262113
                                        Wildlife and Marine Resources Section
                                        P.O. Box 7611, Ben Franklin Station
                                        Washington, D.C. 20044
                                        Tel: (202) 353-5129
                                        Fax: (202) 305-0275
                                        E-mail: Angela.Mo@usdoj.gov

                                        *Attorneys for Defendants*

---

[1] In accordance with Civil L.R. 5-1(i)(3), the filer of this document attests that all signatories listed below concur in the filing of this document.

STIPULATED REQUEST FOR 60-DAY EXTENSION OF PLAINTIFFS' DEADLINE – 3:25-01360-JLC

3

Dated: March 9, 2026

/s/ Michael R. Lozeau (signed with permission)
Michael R. Lozeau (CA State Bar No. 142893)
LOZEAU DRURY LLP
1939 Harrison Street, Suite 150
Oakland, CA 94612
Tel: (510) 836-4200
Fax: (510) 836-4205
E-mail: michael@lozeaudrury.com
*Attorneys for Plaintiffs*

Eric J. Buescher (CA State Bar No. 271323)
Nicole C. Sasaki (CA State Bar No. 298736)
SAN FRANCISCO BAYKEEPER
1736 Franklin Street, Suite 800
Oakland, CA 94612
Tel: (510) 735-9700
Fax: (510) 735-9160
E-mail: eric@baykeeper.org
nicole@baykeeper.org
*Attorneys for Plaintiff San Francisco Baykeeper*

STIPULATED REQUEST FOR 60-DAY EXTENSION OF PLAINTIFFS' DEADLINE – 3:25-01360-JLC

4

**ORDER**

PURSUANT TO STIPULATION and FOR GOOD CAUSE STATED THEREIN:

Plaintiffs' March 16, 2026, deadline to file a bill of costs and motion for attorneys' fees and costs (and associated briefing) is extended through May 15, 2026.

IT IS SO ORDERED.

Dated: March 9, 2026                                    _____

THE HON. LISA J. CISNEROS
United States Magistrate Judge