Michael R. Lozeau (CA State Bar No. 142893)
LOZEAU DRURY LLP
1939 Harrison Street, Suite 150
Oakland, CA 94612
Tel: (510) 836-4200
Fax: (510) 836-4205
E-mail: michael@lozeaudrury.com

Attorneys for Plaintiffs
SAN FRANCISCO BAYKEEPER, CALIFORNIA
SPORTFISHING PROTECTION ALLIANCE,
RESTORE THE DELTA, FRIENDS OF THE
RIVER

Eric J. Buescher (CA State Bar No. 271323)
Nicole C. Sasaki (CA State Bar No. 298736)
SAN FRANCISCO BAYKEEPER
1736 Franklin Street, Suite 800
Oakland, CA 94612
Tel: (510) 735-9700
Fax: (510) 735-9160
E-mail: eric@baykeeper.org
 nicole@baykeeper.org

Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, RESTORE THE DELTA, and FRIENDS OF THE RIVER; <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES FISH AND WILDLIFE SERVICE; DIRECTOR of U.S. Fish and Wildlife Service in their official capacity; and DOUG BURGUM, in his official capacity as Secretary of the U.S. Department of the Interior; <br><br> Defendants. | Case No. 3:25-cv-01360-LJC <br><br> STIPULATED REQUEST FOR 90-DAY EXTENSION OF PLAINTIFFS' DEADLINE TO FILE BILL OF COSTS AND MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS; ORDER |

Stipulated Request re Bill of Costs & Fees;  Order - 1    Case No. 3:25-cv-01360-LJC

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs San Francisco Baykeeper, California Sportfishing Protection Alliance, Restore the Delta, and Friends of the River (collectively, "Plaintiffs") and Defendants United States Fish and Wildlife Service, the Director of U.S. Fish and Wildlife Service in their official capacity, and Doug Burgum in his official capacity as U.S. Secretary of the Interior (collectively, the "Parties") hereby submit this stipulated request for a 90-day extension of the May 15, 2026, deadline for Plaintiffs' motion for attorneys' fees and costs for the reasons set forth in the accompanying Declaration of Michael R. Lozeau.

WHEREAS, pursuant to prior joint stipulations, the Court has previously modified Plaintiffs' deadline to file a motion for attorneys' fees and costs as follows:

- On September 11, 2025, pursuant to the Parties' Joint Stipulation to Stay Plaintiffs' Deadline to File Bill of Costs and Motion for Award of Attorneys' Fees and Costs, the Court stayed Plaintiffs' deadline for 60 days until November 16, 2025. Dkt. No. 35 at 4.

- On October 30, 2025, pursuant to the Parties' Stipulated Request for a Stay of Plaintiffs' Deadline in Light of Lapse of Appropriations, the Court stayed Plaintiffs' deadline (Dkt. No. 37) and, after appropriations had been restored, extended Plaintiffs' deadline by 43 days—the total number of days of the lapse in appropriations—to December 29, 2025 (Dkt. No. 41).

- On December 11, 2025, pursuant to the Parties' Stipulated Request for 45-Day Extension of Plaintiffs' Deadline, the Court extended Plaintiffs' deadline to February 12, 2026. Dkt. No. 43.

- On January 30, 2026, pursuant to the Parties' Stipulated Request for 32-Day Extension of Plaintiffs' Deadline, the Court extended Plaintiffs' deadline to March 16, 2026. Dkt. No. 50.

- On March 9, 2026, pursuant to the Parties' Stipulated Request for 60-Day Extension of Plaintiffs' Deadline, the Court extended Plaintiffs' deadline to May 15, 2026. Dkt. No. 52.

WHEREAS, good cause exists to grant the requested extension because the Parties have productively used the time afforded by the previous extensions to engage in settlement discussions, reached an agreement in principle on material terms, and are now preparing to circulate a written settlement agreement for approval from government officials with settlement authority.

WHEREAS, prior to executing the settlement agreement, the Parties are seeking this extension of Plaintiffs' deadline in order to ensure sufficient time will be available for the implementation of the agreement.

NOW THEREFORE, the Parties, by and through their undersigned counsel of record, hereby stipulate and request that Plaintiffs' May 15, 2026, deadline to file a bill of costs and motion for attorneys' fees and costs (and associated briefing) is extended for 90 days through August 13, 2026.

Respectfully submitted,

DATED:  April 13, 2026

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division
MEREDITH L. FLAX, Deputy Section Chief
NICOLE M. SMITH, Assistant Section Chief

By  /s/ Angela Mo (signed with permission)
ANGELA MO
Trial Attorney (CA Bar No. 262113)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044
Tel: (202) 353-5129
Email: Angela.Mo@usdoj.gov

*Attorneys for Defendants*

DATED:  April 13, 2026

LOZEAU DRURY LLP

By  /s/ Michael R. Lozeau
Michael R. Lozeau
Attorneys for Plaintiffs San Francisco
Baykeeper, California Sportfishing Protection

Alliance, Restore the Delta, Friends of the River*

*I hereby attest that concurrence in the filing of this document has been obtained by the above-named signatories.

**ORDER**

**PURSUANT TO THE PARTIES' STIPULATED REQUEST AND FOR GOOD CAUSE STATED THEREIN, IT IS HEREBY ORDERED** that the Court stays Plaintiffs' deadline to file a bill of costs and motion for attorneys' fees and costs for 90 days until August 13, 2026.

**IT IS SO ORDERED.**

Date: <u>April 13</u>    , 2026                                    NORTHERN DISTRICT OF CALIFORNIA

_____
Honorable Lisa J. Cisneros
United States Magistrate Judge